IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02339-RPM-MJW

JOHN HIMMLER, individually and on behalf of his minor son, and
JACOB HIMMLER, a minor,

        Plaintiffs,

v.

ELODE BRODBECK,
RICHARD MANGEN,
DAVID KIEFFER,
PATRICIA ANN PHILLIPS,
CHILD AND FAMILY CENTER, INC., and
BEHAVIORAL ASSOCIATES, INC.,

        Defendants.
_____

ORDER FOR ENTRY OF FINAL JUDGMENT
_____

On September 30, 2005, this Court entered an order of dismissal, granting the defendants' motions under Fed.R.Civ.P. 12(b)(6) dismissing the first, second, third and fourth claims for relief of the third amended complaint with prejudice and the remaining claims of the third amended complaint dismissed without prejudice for lack of jurisdiction.  On October 17, 2005, plaintiffs filed a motion to vacate a hearing on costs for October 27th; objections to the order of dismissal and a motion to stay entry of judgment.  These filings raise no issues having any merit.  It is now

ORDERED that the Clerk of this Court shall, pursuant to Fed.R.Civ.P. 58 enter final judgment of dismissal of this action in conformity with this Court's order of dismissal

entered September 30, 2005.

DATED: October 26th, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge