IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  03-cv-02339-RPM-MJW

JOHN HIMMLER, individually and on behalf of his minor son, and
JACOB HIMMLER, a minor,

       Plaintiffs,

v.

ELODE BRODBECK,
RICHARD MANGEN,
DAVID KIEFFER,
PATRICIA ANN PHILLIPS,
CHILD AND FAMILY CENTER, INC., and
BEHAVIORAL ASSOCIATES, INC.,

       Defendants.
_____

### ORDER DENYING MOTION TO STRIKE
_____

Upon consideration of Plaintiff's Motion to Strike "Order for Entry of Final Judgment" (Doc. #184), filed on November 3, 2005, it is

ORDERED that the motion is denied.

DATED: November 22nd, 2005.

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior District Judge