IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02339-RPM-MJW

JOHN HIMMLER, Individually and on Behalf of his Minor Son, and
JACOB HIMMLER, A Minor,

    Plaintiffs,

v.

ELODE BRODBECK,
RICHARD MANGEN,
DAVID KIEFFER,
PATRICIA ANN PHILLIPS,
CHILD AND FAMILY CENTER, INC., and
BEHAVIORAL ASSOCIATES, INC.,

    Defendants.

## ORDER

Edward W. Nottingham, Chief Judge

On October 10, 2007, Plaintiff Jacob Himmler filed a document titled, "Superseded Verified Complaint and Jury Demand." The Court previously dismissed the Complaint and action on September 30, 2005. Therefore, Plaintiff's October 10, 2007, filing is inappropriate and will not be considered by the Court in the instant action. The Clerk of the Court will be instructed to process the October 10, 2007, filing as a new *pro se* action. Accordingly, it is

ORDERED that the Complaint filed on October 10, 2007, shall not be considered by the Court in the instant action. It is

FURTHER ORDERED that the Clerk of the Court shall process the October 10, 2007, filing as a new *pro se* Complaint.

DATED at Denver, Colorado, this __12__ day of ___Oct.___, 2007.

BY THE COURT:

*[signature]*

EDWARD W. NOTTINGHAM, Chief Judge
United States District Court